## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **PERRY DEWAYNE WEAVER, as** | ) | |
| **Administrator of the Estates of June** | ) | |
| **Alene Weaver and Jennifer Donnell** | ) | |
| **Weaver,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO 10-549-KD-N** |
| | ) | |
| **NORFOLK SOUTHERN RAILWAY** | ) | |
| **COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 and dated January 18, 2011, is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that the Petitioner's Motion to Dismiss is **GRANTED** and this action **DISMISSED** without prejudice.

**DONE** and **ORDERED** this the **3rd** day of **February 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**